UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

PAUL ROZENFELD,

                Plaintiff,

  -against-

DEPARTMENT OF DESIGN & CONSTRUCTION OF
THE CITY OF NEW YORK; ACTORS; David J. Burney,
Commissioner, Eric Macfarlane, Deputy Commissioner,
N. Venugopalan, Assist. Commissioner, Kuriacoze Jacob,
Director, Pasagiannis Eftihia, Director, Jeanmarie Ariola,
Hearing Officer,

                Defendants.
------------------------------------------------------------------X

JUDGMENT
10-CV-4002 (WFK)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUL 13 2012 ★
BROOKLYN OFFICE

A Memorandum and Order of Honorable William F. Kuntz, II United States District Judge, having been filed on July 13, 2012, denying Plaintiff's cross-motion for summary judgment; and granting Defendants' motion for summary judgment; it is

ORDERED, ADJUDGED AND DECREED that Plaintiff's cross-motion for summary judgment is denied; and that Defendants' motion for summary judgment is granted; and that judgment is hereby entered in favor of Defendants Department of Design and Construction of the City of New York, Actors, David J. Burney, David J. Burney, Commissioner, Eric MacFarlane, Deputy Commissioner, N. Venugopalan, Assistant Commissioner, Kuriacoze Jacob, Director, Pasagiannis Eftihia, Director, and Jeanmarie Ariola, Hearing Officer and against Plaintiff Paul Rozenfeld.

Dated: Brooklyn, New York
       July 13, 2012

Douglas C. Palmer
Clerk of Court

Michele Gapinski
Chief Deputy for
Court Operations

